UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:05-CR-260-1BO4

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| | ) | |
| VALENTE CHAVEZ SANCHEZ | ) | |

This matter comes before the Court by unopposed motion of the United States of America, by and through the United States Attorney for the Eastern District of North Carolina, to dismiss the material witness warrant for VALENTE CHAVEZ SANCHEZ and for an order that he be released to the custody of the Immigration and Naturalization Service for deportation proceedings. For good cause shown, the motion is hereby GRANTED.

IT IS HEREBY ORDERED that the material witness warrant for VALENTE CHAVEZ SANCHEZ be dismissed. It is further ORDERED that the United States Marshals Service place him into the custody of the Immigration and Naturalization Service for deportation proceedings.

This __17__ day of February, 2012.

HONORABLE TERRENCE W. BOYLE
United States District Judge